LANDON A. THOMAS et al., Composing the Firm of FLEMING, THOMAS & Co., Respondents, *v.* CHARLES SCHUMACHER et al., Appellants.

*Thomas* v. *Schumacher*, 17 App. Div. 441, affirmed.
(Argued April 19, 1900; decided May 8, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 20, 1897, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term, and granting a new trial.

*George W. Seligman* for appellants.

*Charles E. Rushmore* for respondents.

Order affirmed and judgment absolute ordered for plaintiffs on the stipulation, with costs, on opinion below.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Not sitting: PARKER, Ch. J. Not voting: HAIGHT, J.